IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-1714-WYD-KMT

NEE TEP,

    Plaintiff,

v.

WAKEFIELD AND ASSOCIATES, INC., a Colorado corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice (ECF No. 9), filed on October 28, 2015.  The parties have settled all issues in the case, and each agrees to pay its own attorney fees and costs. The Plaintiff voluntarily dismisses the action against the Defendant with prejudice.  Accordingly, it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** against Defendant Wakefield and Associates, Inc.  The Clerk of the Court is directed to close this case.

Dated: October 30, 2015.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge